JOSEPH SCHLITZ BREWING COMPANY, Appellant and Respondent, *v.* HENRY J. ESTER et al., Respondents and Appellants.

*Schlitz Brewing Co.* v. *Ester,* 86 Hun, 22, affirmed.
(Argued December 7, 1898; decided January 10, 1899.)

CROSS-APPEALS from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered May 14, 1895, which reversed in part, and in other respects affirmed, a judgment in favor of defendants entered upon a decision of the court dismissing the complaint upon the merits, on trial at Special Term, and granted a new trial as to the part reversed.

*Scott Cummings* and *Henry M. Hill* for plaintiff.

*Abraham Benedict* for defendants.

Judgment and order affirmed and judgment absolute ordered against the defendants upon their stipulation, on their appeal from the order for a new trial, as to the issue arising upon the charge that the chattel mortgage and bill of sale were in fraud of the defendant Henry J. Ester's creditors; without costs in this court to either party, on opinion below.

All concur, except MARTIN, J., absent.

---

ALONZO E. SMITH, Respondent, *v.* STUART W. COWAN, Appellant.

*Smith* v. *Cowan,* 3 App. Div. 230, affirmed.
(Argued December 7, 1898; decided January 10, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department, entered respectively April 10 and 7, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Walter R. Beach* for appellant.

*Herbert Green* for respondent.

Judgment and order affirmed, with costs on opinion below.
All concur, except MARTIN, J., absent.